**Alex Rusick, Plaintiff-Appellant, v. Guyla Stuart, Defendant-Appellee.**

**Gen. No. 64–8.**

Fifth District.

July 1, 1964.

Moran, Beatty and Hiscott, of Granite City (George J. Moran and William W. Schooley, of counsel), for appellant; Oehmke, Dunham, Bowman & Leskera, of East St. Louis, for appellee. Opinion by JUDGE REYNOLDS. **Not to be published in full.**